# IN THE SUPREME COURT OF THE STATE OF NEVADA

GRANT MCCANDLESS,
                            Appellant,
vs.
SARA ANDERSON,
                            Respondent.

No. 78875

**FILED**

JUN 21 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order stating its inclination to deny a motion to modify child custody and other requests for relief. Eighth Judicial District Court, Family Court Division, Clark County; Charles J. Hoskin, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district court notes in the challenged order that it is without jurisdiction over the matter at this time because the parties have a pending appeal, *see McCandless vs. Anderson*, Docket No. 77868, and therefore the order is only a statement of the court's inclinations. *See Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978). Therefore, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152

19-26847

(1984). No statute or court rule provides for an appeal from an order merely setting forth a district court's inclinations. This court lacks jurisdiction, and ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Charles J. Hoskin, District Judge, Family Court Division
       Grant McCandless
       Sara Anderson
       Eighth District Court Clerk